IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIGEL O'NEAL,

      Petitioner,                      2:06-cv-1965-GEB-GGH-P

   vs.

NIGEL MERRITT,

      Respondent.                <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On November 7, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On December 13, 2006, petitioner was granted a twenty day extension of time to file objections. To date, petitioner has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 7, 2006, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is dismissed.

Dated: March 6, 2007

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2